Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
05/13/2022 01:06 AM CDT

Colt M. Pope, appellant, v. Department
of Motor Vehicles of the State
of Nebraska, appellee.

___ N.W.2d ___

Filed April 15, 2022.    No. S-21-206.

### SUPPLEMENTAL OPINION

Appeal from the District Court for Clay County: Stephen R. Illingworth, Judge. Former opinion modified. Motion for rehearing overruled.

T. Charles James, of Langvardt, Valle & James, P.C., L.L.O., for appellant.

Douglas J. Peterson, Attorney General, and Milissa Johnson-Wiles for appellee.

Heavican, C.J., Miller-Lerman, Cassel, Stacy, Funke, Papik, and Freudenberg, JJ.

Per Curiam.

This case is before us on a motion for rehearing filed by the appellant, Colt M. Pope, concerning our opinion in *Pope v. Department of Motor Vehicles*, 310 Neb. 971, 969 N.W.2d 903 (2022).

We overrule the motion, but modify the opinion as follows:

In the analysis section, under the subheading "OTHER ASSIGNMENTS OF ERROR," we modify the fourth paragraph to add as the final sentence the following: "We make

no comment on any prohibitions or obligations under Neb. Rev. Stat. § 84-914(6) (Reissue 2014), as Pope has not assigned as error, nor has he argued he was prejudiced by, any purported violation of that statute."

The remainder of the opinion shall remain unmodified.

Former opinion modified.

Motion for rehearing overruled.